# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Robert J. Leistner            CHAPTER 13
        Linda A. Leistner

                                       BKY. NO. 19-24881 GLT
                 Debtor(s)

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

                                             Respectfully submitted,

                                             **/s/James C. Warmbrodt, Esquire**
                                             James C. Warmbrodt, Esquire
                                             Attorney I.D. No. 42524
                                             KML Law Group, P.C.
                                             BNY Mellon Independence Center
                                             701 Market Street, Suite 5000
                                             Philadelphia, PA 19106
                                             412-430-3594
                                             jwarmbrodt@kmllawgroup.com