IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| ROBERT J. LEISTNER and | * | Chapter 13 |
| LINDA A. LEISTNER, | * | |
| | * | Case No.: 19-24881-GLT |
| Debtors. | * | |
| | * | |
| ************************************ | | |
| FIRST COMMONWEALTH BANK, | * | |
| | * | |
| Movant, | * | |
| | * | |
| v. | * | |
| | * | |
| ROBERT J. LEISTNER AND | * | |
| LINDA A. LEISTNER, Debtors, | * | |
| and RONDA J. WINNECOUR, Trustee, | * | |
| | * | |
| Respondents. | * | |

**STIPULATION BETWEEN MOVANT AND DEBTORS REGARDING
DEBTORS' CHAPTER 13 PLAN DATED DECEMBER 31, 2019**

**AND NOW**, to-wit, this _____ day of _____, 2020, Movant, First Commonwealth Bank (the "Bank") and Debtors, Robert J. Leistner and Linda A. Leistner ("Debtors") by their undersigned counsel stipulate as follows:

(a)    The Bank filed a secured Proof of Claim in the amount of $43,446.79 for amounts due the Bank for a loan made to Debtors which is secured by a mortgage on Debtors' commercial real estate known as 916 Penn Avenue, Pittsburgh, PA 15221, and all Debtors' business assets ("Claim No. 7-1").

(b)  Pursuant to the Promissory Note, the loan matures on December 8, 2020.

(c)  Debtors and the Bank hereby agree that the Bank's Claim No. 7-1 shall be paid as follows:

(i)  The Bank's principal of $17,985.07 shall be amortized over the 5-year term of the Plan at six percent (6%) interest per annum and paid in monthly installments of $347.70; and

(ii)  The Bank's pre-petition interest, late fees, attorneys' fees, and attorneys' costs of $25,461.72 shall be paid without interest over the 5-year term of the Plan in monthly payments of approximately $424.36.

BY THE COURT:

_____
Gregory L. Taddonio
United States Bankruptcy Judge

| BONONI & COMPANY | McGRATH McCALL, P.C. |
|---|---|
| By: /s/ Corey J. Sacca | By: /s/ Gary W. Darr |
| Corey J. Sacca, Esquire | Gary W. Darr, Esquire |
| PA I.D. No. 306741 | PA I.D. No. 90857 |
| 20 N. Pennsylvania Avenue, Suite 201 | Four Gateway Center, Suite 1040 |
| Greensburg, PA 15601 | 444 Liberty Avenue |
| Telephone: 724-832-2499 | Pittsburgh, PA 15222 |
| Facsimile: 724-836-0370 | Telephone (412) 281-4333 |
| Email: csacca@bononilaw.com | Facsimile (412) 281-2141 |
|  | gdarr@lenderlaw.com |
| Attorneys for Debtors, Robert J. Leistner and Linda A. Leistner | Attorneys for Movant, First Commonwealth Bank |

CHAPTER 13 TRUSTEE

By: /s Owen W. Katz
Owen W. Katz, Esquire
PA I.D. No. 36473
okatz@chapter13trusteewdpa.com

Attorney for Trustee