IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
8/28/20 12:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE: | * |
| | * |
| ROBERT J. LEISTNER and | *  Chapter 13 |
| LINDA A. LEISTNER, | * |
| | *  Case No.:  19-24881-GLT |
| Debtors. | * |
| | *  Related to Dkt. Nos: 11, 55 |
| ********************************* | |
| FIRST COMMONWEALTH BANK, | * |
| | * |
| Movant, | * |
| | * |
| v. | * |
| | * |
| ROBERT J. LEISTNER AND | * |
| LINDA A. LEISTNER, Debtors, | * |
| and RONDA J. WINNECOUR, Trustee, | * |
| | * |
| Respondents. | * |

**STIPULATION BETWEEN MOVANT AND DEBTORS REGARDING
DEBTORS' CHAPTER 13 PLAN DATED DECEMBER 31, 2019**

**AND NOW**, to-wit, this    28th    day of

Movant, First Commonwealth Bank (the "Bank") and Debtors, Robert J. Leistner and Linda A. Leistner ("Debtors") by their undersigned counsel stipulate as follows:

(a)    The Bank filed a secured Proof of Claim in the amount of $43,446.79 for amounts due the Bank for a loan made to Debtors which is secured by a mortgage on Debtors' commercial real estate known as 916 Penn Avenue, Pittsburgh, PA 15221, and all Debtors' business assets ("Claim No. 7-1").

(b)  Pursuant to the Promissory Note, the loan matures on December 8, 2020.

(c)  Debtors and the Bank hereby agree that the Bank's Claim No. 7-1 shall be paid as follows:

(i)  The Bank's principal of $17,985.07 shall be amortized over the 5-year term of the Plan at six percent (6%) interest per annum and paid in monthly installments of $347.70; and

(ii)  The Bank's pre-petition interest, late fees, attorneys' fees, and attorneys' costs of $25,461.72 shall be paid without interest over the 5-year term of the Plan in monthly payments of approximately $424.36.

BY THE COURT:

_____  jah
Gregory L. Taddonio
United States Bankruptcy Judge

| BONONI & COMPANY | McGRATH McCALL, P.C. |
|---|---|
| By: /s/ Corey J. Sacca<br>Corey J. Sacca, Esquire<br>PA I.D. No. 306741<br>20 N. Pennsylvania Avenue, Suite 201<br>Greensburg, PA 15601<br>Telephone: 724-832-2499<br>Facsimile: 724-836-0370<br>Email: csacca@bononilaw.com<br><br>Attorneys for Debtors, Robert J. Leistner and Linda A. Leistner | By: /s/ Gary W. Darr<br>Gary W. Darr, Esquire<br>PA I.D. No. 90857<br>Four Gateway Center, Suite 1040<br>444 Liberty Avenue<br>Pittsburgh, PA 15222<br>Telephone (412) 281-4333<br>Facsimile (412) 281-2141<br>gdarr@lenderlaw.com<br><br>Attorneys for Movant,<br>First Commonwealth Bank |

       CHAPTER 13 TRUSTEE

By: /s Owen W. Katz
    Owen W. Katz, Esquire
    PA I.D. No. 36473
    okatz@chapter13trusteewdpa.com

    Attorney for Trustee

Page **3** of **3**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Robert J. Leistner  
Linda A. Leistner  
    Debtors

Case No. 19-24881-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil    Page 1 of 1    Date Rcvd: Aug 28, 2020  
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2020.  
db/jdb         +Robert J. Leistner,    Linda A. Leistner,    1005 Government Road,    Irwin, PA 15642-8818

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2020                                     Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2020 at the address(es) listed below:

            CSU - OUCTS, PA Labor & Industry     ra-li-ucts-bankpitts@state.pa.us  
            Corey J. Sacca     on behalf of Debtor Robert J. Leistner csacca@bononilaw.com,  
             coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;  
             3230706420@filings.docketbird.com  
            Corey J. Sacca     on behalf of Joint Debtor Linda A. Leistner csacca@bononilaw.com,  
             coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;  
             3230706420@filings.docketbird.com  
            Gary W. Darr     on behalf of Creditor     First Commonwealth Bank gdarr@lenderlaw.com  
            James Warmbrodt     on behalf of Creditor     MidFirst Bank bkgroup@kmllawgroup.com  
            Jennifer L. Cerce     on behalf of Creditor     Wilkinsburg School District and Borough of  
             Wilkinsburg jlc@mbm-law.net  
            Jill Locnikar     on behalf of Creditor     United States of America Department of the Treasury,  
             Internal Revenue Service jill.locnikar@usdoj.gov,  
             patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov  
            Keri P. Ebeck     on behalf of Creditor     Duquesne Light Company kebeck@bernsteinlaw.com,  
             jbluemle@bernsteinlaw.com  
            Lauren Michaels     on behalf of Creditor     Office of Attorney General, Department of Revenue  
             lmichaels@attorneygeneral.gov  
            Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
            Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                                                                                                TOTAL: 11