IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 19-24881-GLT |
| | ) | |
| Robert J. Leistner and Linda A. Leistner | ) | Chapter 13 |
| Debtor | ) | |
| | ) | |
| Robert J. Leistner and Linda A. Leistner | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | Document No. _____ |
| | ) | |
| Midland Mortgage and | ) | Related to Doc. Nos. 60, 61, and 62 |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
| Respondents. | ) | |
| | ) | |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION TO APPROVE MORTGAGE LOAN MODIFICATION**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on October 15, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than November 2, 2021.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court

Date of Service: November 5, 2021

Respectfully submitted,

 */s/ Corey J. Sacca*
Corey J. Sacca, Esquire
20 N. Pennsylvania Ave, Suite 201
Greensburg, PA  15601-2337
csacca@bononilaw.com
(724) 832-2499
PA ID# 306741