```
FILED
11/8/21 11:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA
```

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 19-24881-GLT |
| Robert J. Leistner and Linda A. Leistner | ) | Chapter 13 |
| Debtor | ) | |
| Robert J. Leistner and Linda A. Leistner | ) | |
| Movant, | ) | |
| vs. | ) | Related to Dkt. No. 60 |
| | ) | Hearing: November 17, 2021 at 10 a.m. |
| Midland Mortgage and | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
| Respondents. | ) | |

ORDER APPROVING MORTGAGE LOAN MODIFICATION

AND NOW, this 8th day of November 2021, upon consideration of the Motion to Approve Mortgage Loan Modification, it is hereby ORDERED, ADJUDGED, and DECREED:

1. The Debtors are permitted to enter into the permanent Mortgage Loan Modification attached to Debtors' Motion.
2. If the Mortgage Loan Modification impacts the provisions of the Debtors' Chapter 13 Plan, a modified plan shall be filed within fourteen (14) days of the entry of this Order.
3. If the Mortgage Loan Modification results in a material change in the Debtors' expenses the Debtors' shall file an amendment to the impacted schedules reflecting income and expenses within fourteen (14) days of the entry of this Order.

BY THE COURT:

**ENTERED BY DEFAULT**

_____   jah
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrator to serve:
Debtors
Corey Sacca, Esq.
Midland Mortgage

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-24881-GLT
Robert J. Leistner  Chapter 13
Linda A. Leistner
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: bsil    Page 1 of 2
Date Rcvd: Nov 08, 2021    Form ID: pdf900    Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Robert J. Leistner, Linda A. Leistner, 1005 Government Road, Irwin, PA 15642-8818 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15175349 | + Email/PDF: ais.midfirst.ebn@americaninfosource.com | Nov 09 2021 00:21:11 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com |
| CSU - OUCTS, PA Labor & Industry | ra-li-ucts-bankpitts@state.pa.us |
| Corey J. Sacca | on behalf of Debtor Robert J. Leistner csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@fili |

ngs.docketbird.com

Corey J. Sacca

on behalf of Joint Debtor Linda A. Leistner csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com

Gary W. Darr

on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com

Jennifer L. Cerce

on behalf of Creditor Wilkinsburg School District and Borough of Wilkinsburg jlc@mbm-law.net

Jill Locnikar

on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Keri P. Ebeck

on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Lauren Michaels

on behalf of Creditor Office of Attorney General Department of Revenue lmichaels@attorneygeneral.gov

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 11