FILED
11/30/21 9:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Robert J. Leistner<br>Linda A. Leistner<br><br>                    Debtor(s)<br><br>Robert J. Leistner<br>Linda A. Leistner<br>                    Movant<br>    v.<br>Midland Mortgage<br>Ronda J. Winnecour, Trustee<br>                    Respondents | BK. NO. 19-24881 GLT<br><br>CHAPTER 13<br><br>Related to Doc. No. 60, 65 |

## CONSENT ORDER

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the follow Consent Order:

WHEREAS, the Debtor filed a Motion to Approve Mortgage Loan Modification on October 15, 2021 (Doc 60);

WHEREAS, an Order Approving Mortgage Loan Modification was entered on November 8, 2021 (Doc 65);

WHEREAS, the parties enter into this Stipulation to add an additional paragraph to the Order Approving Mortgage Loan Modification.

AND NOW, it is hereby stipulated by and between the undersigned as follows:

1. The Debtors are permitted to enter into the permanent Mortgage Loan Modification attached to Debtor's Motion (Doc. 60).

2. If the Mortgage Loan Modification impacts the provisions on the Debtor's Chapter 13 Plan, a modified plan shall be filed within fourteen (14) days of the entry of this Order.

3. If the Mortgage Loan Modification results in a material change in the Debtor's expenses, the Debtor's shall file an amendment to the impacted schedules reflecting income and expenses within fourteen (14) days of the entry of this Order.

4. Secured Creditor shall amend its proof of claim to reflect the amount paid to date by the trustee plus the fees and costs that were not capitalized in the loan modification, which will continue to be paid through the Debtor's chapter 13 plan.

Consented to by:

| /s/ Corey J. Sacca | /s/ Maria D. Miksich |
|---|---|
| Corey J. Sacca, Esq. | Maria D. Miksich, Esq., PA ID 319383 |
| PA ID 306741 | KML Law Group, P.C. |
| 20 N. Pennsylvania Ave, Ste 201 | 701 Market Street, Suite 5000 |
| Greensburg, PA 15601 | Philadelphia, PA 19106 |
| Phone: (724) 832-2499 | Phone: (412-430-3589) |
| Email: csacca@bononilaw.com | Email: mmiksich@kmllawgroup.com |

On this 30th of November 2021, it is hereby ORDERED that the parties' Consent Order be and hereby is APPROVED.

By the Court,

_____
Gregory L. Taddonio, Judge   jah
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24881-GLT |
| Robert J. Leistner | Chapter 13 |
| Linda A. Leistner | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: bsil | Page 1 of 2 |
| Date Rcvd: Nov 30, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert J. Leistner, 1005 Government Road, Irwin, PA 15642-8818 |
| jdb | + | Linda A. Leistner, 1005 Government Road, Irwin, PA 15642-8818 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2021           Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com |
| CSU - OUCTS, PA Labor & Industry | |
| | ra-li-ucts-bankpitts@state.pa.us |
| Corey J. Sacca | |
| | on behalf of Debtor Robert J. Leistner csacca@bononilaw.com |
| | coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| Corey J. Sacca | |
| | on behalf of Joint Debtor Linda A. Leistner csacca@bononilaw.com |
| | coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@fili |

ngs.docketbird.com

Gary W. Darr
   on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com

Jennifer L. Cerce
   on behalf of Creditor Wilkinsburg School District and Borough of Wilkinsburg jlc@mbm-law.net

Jill Locnikar
   on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Keri P. Ebeck
   on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Lauren Michaels
   on behalf of Creditor Office of Attorney General Department of Revenue lmichaels@attorneygeneral.gov

Maria Miksich
   on behalf of Creditor MidFirst Bank mmiksich@kmllawgroup.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

TOTAL: 12