FILED
1/13/22 3:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>ROBERT J. LEISTNER<br>LINDA A. LEISTNER<br><br>      Debtor(s)<br><br><br>Ronda J. Winnecour, Chapter 13 Trustee,<br>      Movant,<br>  Vs.<br><br>ROBERT J. LEISTNER<br>LINDA A. LEISTNER<br>      Respondent(s) | Case No.:19-24881-GLT<br><br>Chapter 13<br><br><br><br>Related Document No.: 77 |

### TRUSTEE'S WITHDRAWAL OF CERTIFICATE OF DEFAULT
### REQUESTING DISMISSAL OF CASE

The Certificate of Default that was filed in the above-referenced case on January 13, 2022 (document no. 77) is hereby WITHDRAWN.

Respectfully submitted,

1-13-2022
Date

/s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SO ORDERED
January 13, 2022

_____
Gregory L. Taddonio    jah
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>ROBERT J. LEISTNER<br>LINDA A. LEISTNER<br><br>      Debtor(s)<br><br><br>Ronda J. Winnecour, Chapter 13 Trustee,<br>      Movant,<br>Vs.<br><br>ROBERT J. LEISTNER<br>LINDA A. LEISTNER<br>      Respondent(s) | )<br>)<br>)<br>)   Case No.:19-24881-GLT<br>)<br>)   Chapter 13<br>)<br>)<br>)<br>)   Related Document No.: 77<br>)<br>)<br>)<br>)<br>) |

CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by regular United States mail, postage prepaid:

SEE NAMES AN ADDRESS LISTED ON THE ATTACHED MAILING MATRIX

| | |
|---|---|
| <u>1-13-2022</u><br>Date | /S/ Leslie Carilli<br>Administrative Assistant<br>Office of the Chapter 13 Trustee<br>US Steel Tower – Suite 3250<br>600 Grant Street<br>Pittsburgh, PA  15219<br>cmecf@chapter13trusteewdpa.com |

ROBERT J. LEISTNER          19-24881GLT

| | | |
|---|---|---|
| PA DEPARTMENT OF REVENUE*<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA  17128 | COUNTY OF ALLEGHENY (RE TAX)*<br>C/O JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA  15102 | INTERNAL REVENUE SERVICE**<br>OFFICE OF DISTRICT COUNSEL<br>1000 LIBERTY AVE RM 806<br>PITTSBURGH, PA  15222 |
| MIDFIRST BANK SSB*<br>ATTN BANKRUPTCY TRUSTEE PMTS*<br>999 NW GRAND BLVD STE 100<br>OKLAHOMA CITY, OK  73118 | WASTE MANAGEMENT* (PMT)<br>ATTN BANKRUPTCY DEPT<br>1001 FANNIN ST STE 4000<br>HOUSTON, TX  77002 | FIRST COMMONWEALTH BANK*<br>POB 400*<br>INDIANA, PA  15701 |
| BONONI & COMPANY<br>20 N PENNSYLVANIA AVE<br>GREENSBURG, PA  05601 | COREY J SACCA ESQ<br>BONONI & CO<br>20 N PENNSYLVANIA AVE<br>GREENSBURG, PA  15601 | KML LAW GROUP PC*<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 |
| INTERNAL REVENUE SERVICE*<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | VERIZON++<br>500 TECHNOLOGY DR STE 30<br>WELDON SPRING, MO  63304 | WILKINSBURG BOROUGH (RE)<br>C/O MBM COLLECTIONS LLC (TAX DIVISION)–DLNQ CLCTR<br>FOXPOINT II<br>100 PURITY RD STE 3<br>PITTSBURGH, PA  15235 |
| WILKINSBURG SD (WILKINSBURG) (RE)<br>C/O MBM COLLECTIONS LLC (TAX DIVISION)–DLNQ CLCTR<br>FOXPOINT II<br>100 PURITY RD STE 3<br>PITTSBURGH, PA  15235 | MCGRATH MCCALL PC<br>FOUR GATEWAY CENTER STE 1040<br>444 LIBERTY AVE<br>PITTSBURGH, PA  15222 | PA DEPARTMENT OF LABOR & INDUSTRY (PA UC FUND)*  (UCTS)<br>OFFICE OF UC TAX SERVICES-COLLECTION SUPPORT UNIT<br>651 BOAS ST - RM 924<br>HARRISBURG, PA  17121 |
| COMMONWEALTH OF PENNSYLVANIA**<br>OFC OF THE ATTORNEY GENERAL (PA REV NTCS)<br>1251 WATERFRONT PL<br>MEZZANINE LEVEL<br>PITTSBURGH, PA  15222 | ROBERT J. LEISTNER<br>LINDA A. LEISTNER<br>1005 GOVERNMENT ROAD<br>IRWIN, PA  15642 | BERNSTEIN BURKLEY PC<br>601 GRANT ST - 9TH FL<br>PITTSBURGH, PA  15219 |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24881-GLT |
| Robert J. Leistner | Chapter 13 |
| Linda A. Leistner | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: bsil | Page 1 of 2 |
| Date Rcvd: Jan 13, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Robert J. Leistner, Linda A. Leistner, 1005 Government Road, Irwin, PA 15642-8818 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2022       Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com |
| CSU - OUCTS, PA Labor & Industry | ra-li-ucts-bankpitts@state.pa.us |
| Corey J. Sacca | on behalf of Debtor Robert J. Leistner csacca@bononilaw.com<br>coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| Corey J. Sacca | on behalf of Joint Debtor Linda A. Leistner csacca@bononilaw.com<br>coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: bsil | Page 2 of 2 |
| Date Rcvd: Jan 13, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Gary W. Darr
    on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com

Jennifer L. Cerce
    on behalf of Creditor Wilkinsburg School District and Borough of Wilkinsburg jlc@mbm-law.net

Jill Locnikar
    on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Lauren Michaels
    on behalf of Creditor Office of Attorney General  Department of Revenue lmichaels@attorneygeneral.gov

Maria Miksich
    on behalf of Creditor MidFirst Bank mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 12