**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

08/17/2023

IN RE:

| | |
|---|---|
| ROBERT J. LEISTNER<br>LINDA A. LEISTNER<br>1005 GOVERNMENT ROAD<br>IRWIN, PA  15642<br>XXX-XX-4083        Debtor(s)<br><br>XXX-XX-9693 | Case No.19-24881 GLT<br><br>Chapter 13 |

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/17/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **BERNSTEIN BURKLEY PC**<br>601 GRANT ST - 9TH FL<br><br>PITTSBURGH, PA  15219 | Trustee Claim Number:1   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  DUQ LITE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **MCGRATH MCCALL PC**<br>FOUR GATEWAY CENTER STE 1040<br>444 LIBERTY AVE<br><br>PITTSBURGH, PA  15222 | Trustee Claim Number:2   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  FIRST CMMNWLTH BANK/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **COUNTY OF ALLEGHENY (RE TAX)\***<br>C/O JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br><br>BETHEL PARK, PA  15102 | Trustee Claim Number:3   INT %:  12.00%<br>Court Claim Number:<br><br>CLAIM:  1,500.00<br>COMMENT:  233A109\*%/CONF\*$@0%/PL\*STAT ISU\*NO YRS/SCH\*13-17/PL | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  A109 |
| **PA DEPARTMENT OF LABOR & INDUSTRY (PA UC**<br>OFFICE OF UC TAX SERVICES-COLLECTION SUP<br>651 BOAS ST - RM 924<br><br>HARRISBURG, PA  17121 | Trustee Claim Number:4   INT %:  0.00%<br>Court Claim Number:4<br><br>CLAIM:  444.62<br>COMMENT:  $CL-PL\*13-14/PL\*Q1-Q2 2013/CL\*W/20 | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  1954 |
| **FIRST COMMONWEALTH BANK(\*)**<br>POB 400\*<br><br>INDIANA, PA  15701 | Trustee Claim Number:5   INT %:  6.00%<br>Court Claim Number:7<br><br>CLAIM:  17,985.07<br>COMMENT:  $-%/STIP OE-CONF\*$CL-PL@6%~77/MO\*W/17 | CRED DESC:  MORTGAGE PAID IN FULL<br>ACCOUNT NO.:  3109 |
| **INTERNAL REVENUE SERVICE\***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:6   INT %:  3.00%<br>Court Claim Number:5<br><br>CLAIM:  35,988.25<br>COMMENT:  CL5GOV\*28588.22@0%/PL\*STAT ISU\*NO YRS/SCH\*09-13/PL | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  4083 |
| **MIDFIRST BANK SSB\***<br>ATTN BANKRUPTCY TRUSTEE PMTS\*<br>999 NW GRAND BLVD STE 100<br><br>OKLAHOMA CITY, OK  73118 | Trustee Claim Number:7   INT %:  0.00%<br>Court Claim Number:6<br><br>CLAIM:  23,421.26<br>COMMENT:  LOAN MOD@26\*CL6GOV\*DKT4LMT\*LMP DENIED | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  3823 |
| **PA DEPARTMENT OF REVENUE\***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br><br>HARRISBURG, PA  17128 | Trustee Claim Number:8   INT %:  5.00%<br>Court Claim Number:1<br><br>CLAIM:  15,705.22<br>COMMENT:  $CL-PL@5%\*NO YRS/SCH | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  7838 |
| **WILKINSBURG BOROUGH (RE)**<br>C/O MBM COLLECTIONS LLC (TAX DIVISION)–DL<br>FOXPOINT II<br>100 PURITY RD STE 3<br>PITTSBURGH, PA  15235 | Trustee Claim Number:9   INT %:  10.00%<br>Court Claim Number:2<br><br>CLAIM:  1,521.24<br>COMMENT:  233-A-109\*$CL-PL@10%\*NO YRS/SCH\*WNTS 10%\*09,12-18/CL\*W/10 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  A109 |
| **WILKINSBURG BOROUGH (RE)**<br>C/O MBM COLLECTIONS LLC (TAX DIVISION)–DL<br>FOXPOINT II<br>100 PURITY RD STE 3<br>PITTSBURGH, PA  15235 | Trustee Claim Number:10  INT %:  0.00%<br>Court Claim Number:2<br><br>CLAIM:  5,359.23<br>COMMENT:  233-A-109\*$CL-PL@0%\*\*NO YRS/SCH\*NON-INT\*09,12-18/CL\*W/9 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  A109 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **VERIZON++**<br>500 TECHNOLOGY DR STE 30<br>WELDON SPRING, MO 63304 | Trustee Claim Number:11 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **WASTE MANAGEMENT* (PMT)**<br>ATTN BANKRUPTCY DEPT<br>1001 FANNIN ST STE 4000<br>HOUSTON, TX 77002 | Trustee Claim Number:12 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **WASTE MANAGEMENT* (PMT)**<br>ATTN BANKRUPTCY DEPT<br>1001 FANNIN ST STE 4000<br>HOUSTON, TX 77002 | Trustee Claim Number:13 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number:14 INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 1,387.38<br>COMMENT: $CL-PL*NO PRI/SCH*2009-14/PL | | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 4083 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number:15 INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 199.83<br>COMMENT: NO GEN UNS/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4083 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number:16 INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 28,588.92<br>COMMENT: $CL-PL*2010-17/PL | | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 4083 |
| **FIRST COMMONWEALTH BANK(*)**<br>POB 400*<br>INDIANA, PA 15701 | Trustee Claim Number:17 INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 25,461.72<br>COMMENT: $-PERMO/STIP OE-CONF~424.36/MO*NON-INT-BEARING AMT/CL*$CL-PL~392/MO*V | | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 3109 |
| **WILKINSBURG SD (WILKINSBURG) (RE)**<br>C/O MBM COLLECTIONS LLC (TAX DIVISION)–DL<br>FOXPOINT II<br>100 PURITY RD STE 3<br>PITTSBURGH, PA 15235 | Trustee Claim Number:18 INT %: 10.00%<br>Court Claim Number:3<br>CLAIM: 3,277.95<br>COMMENT: 233A109*$CL-PL@10%*WNTS 10%*NT/SCH*08-16/PL*12-18/CL*W/19 | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: A109 |
| **WILKINSBURG SD (WILKINSBURG) (RE)**<br>C/O MBM COLLECTIONS LLC (TAX DIVISION)–DL<br>FOXPOINT II<br>100 PURITY RD STE 3<br>PITTSBURGH, PA 15235 | Trustee Claim Number:19 INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 11,122.52<br>COMMENT: 233A109*$CL-PL@0%*NON-INT*NT/SCH*08-16/PL*12-18/CL*W/18 | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: A109 |
| **PA DEPARTMENT OF LABOR & INDUSTRY (PA UC**<br>OFFICE OF UC TAX SERVICES-COLLECTION SUP<br>651 BOAS ST - RM 924<br>HARRISBURG, PA 17121 | Trustee Claim Number:20 INT %: 12.00%<br>Court Claim Number:4<br>CLAIM: 860.34<br>COMMENT: $CL-PL@12%*13-14/PL*Q1-Q2 2013/CL*W/4 | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 1954 |

CLAIM RECORDS

| | | |
|---|---|---|
| **INTERNAL REVENUE SERVICE*** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:5 | ACCOUNT NO.:  4083 |
| PO BOX 7317 | | |
| | CLAIM:  3,474.13 | |
| PHILADELPHIA, PA  19101-7317 | COMMENT:  NT/SCH | |
| | | |
| **KML LAW GROUP PC*** | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  MIDFIRST BANK/PRAE | |
| | | |
| **MIDFIRST BANK SSB*** | Trustee Claim Number:23  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| ATTN BANKRUPTCY TRUSTEE PMTS* | Court Claim Number:6 | ACCOUNT NO.:  3823 |
| 999 NW GRAND BLVD STE 100 | | |
| | CLAIM:  3,907.51 | |
| OKLAHOMA CITY, OK  73118 | COMMENT:  LOAN MOD @26*CL6@$22465.29GOV*$0/PL*LMP DENIED | |
| | | |
| **MIDFIRST BANK SSB*** | Trustee Claim Number:24  INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| ATTN BANKRUPTCY TRUSTEE PMTS* | Court Claim Number:6 | ACCOUNT NO.:  3823 |
| 999 NW GRAND BLVD STE 100 | | |
| | CLAIM:  0.00 | |
| OKLAHOMA CITY, OK  73118 | COMMENT:  LMP DENIED | |
| | | |
| **MIDFIRST BANK SSB*** | Trustee Claim Number:25  INT %:  0.00% | CRED DESC:  Post Petition Claim (1305) |
| ATTN BANKRUPTCY TRUSTEE PMTS* | Court Claim Number:6 | ACCOUNT NO.:  3823 |
| 999 NW GRAND BLVD STE 100 | | |
| | CLAIM:  0.00 | |
| OKLAHOMA CITY, OK  73118 | COMMENT:  ROLLED INTO LOAN MOD/CONCIL NOTES*NT/PL*1150/NTC POSTPET FEE/EXP*REI | |
| | | |
| **MIDFIRST BANK SSB*** | Trustee Claim Number:26  INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| ATTN BANKRUPTCY TRUSTEE PMTS* | Court Claim Number:06 | ACCOUNT NO.:  3823 |
| 999 NW GRAND BLVD STE 100 | | |
| | CLAIM:  0.00 | |
| OKLAHOMA CITY, OK  73118 | COMMENT:  PMT/DECL*LOAN MOD~BGN 11/21*DKT4PMT-LMT | |