**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>ROBERT J. LEISTNER<br>LINDA A. LEISTNER<br><br>            Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>            Movant<br>  vs.<br>FIRST COMMONWEALTH BANK(*)<br><br>        Respondents | Case No. 19-24881GLT<br><br>Chapter 13<br><br><br>Document No __ |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee.  No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

FUNDS RETURNED AS PAID IN FULL. NO SATISTACTION HAS BEEN SUPPLIED.

| | |
|---|---|
| FIRST COMMONWEALTH BANK(*)<br>POB 400*<br>INDIANA, PA 15701 | Court claim# 7/Trustee CID# 17 |

The Movant further certifies that on 07/19/2024 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>ROBERT J. LEISTNER, LINDA A. LEISTNER<br>1005 GOVERNMENT ROAD, IRWIN, PA 15642 | DEBTOR'S COUNSEL:<br>COREY J SACCA ESQ, BONONI & COMPANY PC, 20 N PENNSYLVANIA AVE - SUITE 201, GREENSBURG, PA 15601 |
| ORIGINAL CREDITOR:<br>FIRST COMMONWEALTH BANK(*), POB 400*, INDIANA, PA 15701 | ORIGINAL CREDITOR'S COUNSEL:<br>GARY W DARR ESQ, MCGRATH MCCALL PC, FOUR GATEWAY CENTER STE 1340, 444 LIBERTY AVE, PITTSBURGH, PA 15222 |
| NEW CREDITOR: | |