**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    ROBERT J. LEISTNER
    LINDA A. LEISTNER
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Respondents.

Case No.:19-24881 GLT

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 12/24/2019  and confirmed on 02/07/2020 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 177,958.96 |
| Less Refunds to Debtor | 1,000.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 176,958.96 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 1,000.00 | |
|   Trustee Fee | 8,965.24 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,965.24 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| MIDFIRST BANK SSB* | 23,421.26 | 23,421.26 | 0.00 | 23,421.26 |
|   Acct: 3823 | | | | |
| MIDFIRST BANK SSB* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 3823 | | | | |
| MIDFIRST BANK SSB* | 0.00 | 34,678.85 | 0.00 | 34,678.85 |
|   Acct: 3823 | | | | |
| MIDFIRST BANK SSB* | 3,907.51 | 3,907.51 | 0.00 | 3,907.51 |
|   Acct: 3823 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 1,500.00 | 884.41 | 758.61 | 1,643.02 |
|   Acct: A109 | | | | |
| INTERNAL REVENUE SERVICE* | 35,988.25 | 25,568.88 | 4,082.93 | 29,651.81 |
|   Acct: 4083 | | | | |
| PA DEPARTMENT OF REVENUE* | 15,705.22 | 10,466.11 | 3,146.04 | 13,612.15 |
|   Acct: 7838 | | | | |
| WILKINSBURG BOROUGH (RE) | 1,521.24 | 931.89 | 628.49 | 1,560.38 |
|   Acct: A109 | | | | |
| WILKINSBURG BOROUGH (RE) | 5,359.23 | 3,828.12 | 0.00 | 3,828.12 |
|   Acct: A109 | | | | |

| 19-24881 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

**Secured**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| WILKINSBURG SD (WILKINSBURG) (RE) | 3,277.95 | 2,008.07 | 1,378.16 | 3,386.23 |
| Acct: A109 | | | | |
| WILKINSBURG SD (WILKINSBURG) (RE) | 11,122.52 | 7,962.72 | 0.00 | 7,962.72 |
| Acct: A109 | | | | |
| PA DEPARTMENT OF LABOR & INDUSTRY | 860.34 | 507.14 | 435.37 | 942.51 |
| Acct: 1954 | | | | |
| FIRST COMMONWEALTH BANK(*) | 17,985.07 | 17,985.07 | 1,503.45 | 19,488.52 |
| Acct: 3109 | | | | |
| FIRST COMMONWEALTH BANK(*) | 25,461.72 | 22,910.64 | 0.00 | 22,910.64 |
| Acct: 3109 | | | | |
| | | | | 166,993.72 |

**Priority**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| COREY J SACCA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ROBERT J. LEISTNER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ROBERT J. LEISTNER | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BONONI & COMPANY PC** | 5,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BONONI & COMPANY PC** | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BONONI & COMPANY PC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF LABOR & INDUSTRY | 444.62 | 0.00 | 0.00 | 0.00 |
| Acct: 1954 | | | | |
| PA DEPARTMENT OF REVENUE* | 1,387.38 | 0.00 | 0.00 | 0.00 |
| Acct: 4083 | | | | |
| INTERNAL REVENUE SERVICE* | 28,588.92 | 0.00 | 0.00 | 0.00 |
| Acct: 4083 | | | | |
| MIDFIRST BANK SSB* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3823 | | | | |

* * * N O N E * * *

**Unsecured**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| VERIZON++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WASTE MANAGEMENT* (PMT) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WASTE MANAGEMENT* (PMT) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 199.83 | 0.00 | 0.00 | 0.00 |
| Acct: 4083 | | | | |
| INTERNAL REVENUE SERVICE* | 3,474.13 | 0.00 | 0.00 | 0.00 |
| Acct: 4083 | | | | |
| WH BURKLEY LLP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCGRATH MCCALL PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

| TOTAL PAID TO CREDITORS | | | | 166,993.72 |
|---|---|---|---|---|

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

TOTAL CLAIMED
PRIORITY             30,420.92
SECURED             146,110.31
UNSECURED             3.673.96

Date: 03/11/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com